# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>VICTOR BOJORQUEZ-ALVAREZ,<br><br>　　　Defendant. | Case No. 2:09-cr-00294-LDG (PAL)<br><br>**ORDER** |

For good cause shown,

THE COURT **ORDERS** that Defendant's Motion and Amended Motion Pursuant to the Interstate Agreement on Detainers Act (## 44, 45) are DENIED as moot.

DATED this __11__ day of February, 2013.

_____
Lloyd D. George
United States District Judge